UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. No. 1:25-cv-13993

RORY M. COLEMAN,

                Plaintiff,

v.

CITY OF BOSTON, et al.,

                Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF COUNT XI

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rory M. Coleman hereby gives notice of voluntary dismissal, **without prejudice,** of Count XI of the Complaint (Fourth Amendment - Unreasonable Seizure, 42 U.S.C. § 1983, against Defendant Sergeant Mark Tobin).

No defendant has filed an answer or motion for summary judgment in this action. Plaintiff is entitled to dismiss this claim as of right.

With the dismissal of Count XI, the sole federal claim in this action is eliminated. All remaining counts (Counts I–X and XII–XIV) arise exclusively under Massachusetts state law. Plaintiff concurrently files a Motion to Remand.

Plaintiff expressly reserves the right to pursue claims under 42 U.S.C. § 1983 in a separate action.

Respectfully submitted,

/s/ Rory M. Coleman

RORY M. COLEMAN

Plaintiff, Pro Se

P.O. Box 590236

Newton Centre, MA 02459

coleman2537@gmail.com

Dated: December 28, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2025, a true and accurate copy of the foregoing Notice was served via email upon counsel for Defendants at Jason.sutherland@boston.gov and Nicole.gemba@boston.gov.

/s/ Rory M. Coleman

Rory M. Coleman